# Exhibit 4



Hogan Lovells US LLP
609 Main Street
Suite 4200
Houston, TX 77002
T  +1 713 632 1400
F  +1 713 632 1401
www.hoganlovells.com

March 13, 2020

**By FedEx**

Sean Riley
General Counsel
Liberty Oilfield Services LLC
950 17th Street – Floor 24
Denver, CO  80202
**Re:     *Violation of Mutual NDA***

Mr. Riley:

I represent U.S. Well Services LLC ("USWS") in intellectual property matters.  USWS and ST9 Inc. ("ST9") are parties to the Mutual Confidentiality and Nondisclosure Agreement dated May 24, 2017 ("Mutual NDA").  The Mutual NDA protects, among other things, USWS's inventions, drawings, product specifications, and other technical documents and know-how.  Such Confidential Information, as defined in the Mutual NDA, must be kept "in strict confidence" and cannot be used "to compete in any direct or indirect manner" against USWS.

Pursuant to the Mutual NDA, USWS disclosed the blueprints and other technical documents for various multi-plunger fracking pumps, including a seven-plunger and nine-plunger model.  It has come to USWS's attention that ST9 is now marketing these same models.  For example, as of March 6, 2020, ST9 was advertising a seven-plunger fracking pump and nine-plunger fracking pump on LinkedIn.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Ulaanbaatar  Zagreb. Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com

- 2 -                                                                                     March 13, 2020



ST9 has breached the Mutual NDA by using USWS's Confidential Information to compete with USWS and for other reasons outside the defined purpose of the Mutual NDA.

In addition, USWS has reason to believe that an employee of ST9 shared financial information with one of USWS's major customers.  The financial information shared is Confidential Information under the Mutual NDA and thus an additional breach of the Mutual NDA.

Please respond by Friday, March 27, 2020, confirming that ST9 will: (1) cease production of nine-plunger pumps; (2) remove all advertisements of same; (3) certify to the destruction of USWS's Confidential Information or return all copies; and (4) refrain from any further use of USWS's Confidential Information.

- 3 -  March 13, 2020

Sincerely,

*/s/ Taylor Evans*

Taylor P. Evans
Partner
taylor.evans@hoganlovells.com
D +1 713 632 1440

cc:   Mark Wolf, U.S. Well Services LLC, General Counsel