# EXHIBIT U

# 2022





# — ANNUAL REPORT —

## HUMAN LIBERTY THROUGH ENERGY ACCESS

energy, human opportunity, and climate change. Writing this report is a labor of love for me. Energy is foundational to everything that humans do. A fundamental sober understanding of these issues is critical, and unfortunately, that is all too rare today. Currently, far too many decisions around energy are polarizing and emotional. The Liberty family invests in changing that mindset, as energy realism is a precondition for humanism.

The Liberty family expanded to nearly 5,000 members this year. Four featured team members are specifically highlighted in this report. The most important part of my job is building a team of passionate people and fostering the culture that binds them. In fact, it is the most important job of the entire Liberty team. We continue to innovate and test new ideas to advance this critical objective. In 2022 we launched a new mobile app to allow our families immediate access to information on benefits, payroll, and time cards. We also introduced a new childcare benefit to ease the burden that inconsistent care has on our team members. Training continues to expand with Leading Liberty, a new program designed to promote internal talent and cultivate our next generation of leaders.

Our business revolves around the safe operation, maintenance, and supply of more than two million horsepower of cutting-edge, high-pressure frac pumps. These pumps are responsible for unlocking our customers' oil and gas resources that energize the world. Our work helps make the U.S. the world's largest producer of oil & gas, and Canada the fourth largest. The relentless innovation at Liberty, and across our industry, have made production practices in the U.S. and Canada among the cleanest and safest in the world.

In this report you will read about some of the major technological advancements at Liberty in 2022. Our new generation of digi technologies top that list. digiFrac™ is our proprietary electric pump that will raise the bar for low-emission, high-performance frac pumps. digiPrime℠, the sister pump of digiFrac, enters new territory with a similar gas reciprocating engine design but with a hybrid twist. digiPrime brings a unique hybrid technology to provide direct pumping horsepower at incredible efficiency, plus supplemental electrical power generation that can electrify all non-pumping equipment on location. These digi technologies have been in development for years and will form the backbone of our horsepower platform long into the future. Customer enthusiasm for these new technologies is exceptional.

Two additional Liberty technologies strongly enhanced 2022 performance. FracPulse™ provides continuous, real-time monitoring of all our major equipment to ensure both high-quality operations and optimal equipment maintenance. Liberty's exceptional service quality can be attributed, in part, to the consistently high "uptime" of our frac fleets. FracPulse enables us to further increase our "uptime" while simultaneously reducing equipment maintenance costs and enhancing overall performance. In addition to maintaining our frac fleets in peak operating condition, we also prioritize the timely and consistent supply of the essential sand required for hydraulic fracturing. Every day, each of our 40+ operating frac fleets pump millions of pounds of sand underground. Our new Sentinel system, software, and sensors, precisely monitor on-site sand inventory levels to assure that we never run out of sand. Sentinel manages an extensive fleet of sand delivery trucks loading locations (either sand mines or rail terminals), while continuously monitoring weather and road traffic to optimally schedule and route every load of sand delivered. Last year we utilized over 800,000 loads of sand delivery!

Ultimately a business invests capital to create an enterprise to satisfy customers and deliver a return on that invested capital. I view return on invested capital as perhaps the single best metric of a business' quality. For the year 2022 Liberty delivered a 31% Cash Return on Capital

5

fluid is engineered to lose viscosity, or "break," and is subsequently flowed back from the formation, leaving the proppant suspended in the formation fractures. Once our customer has flushed the fracturing fluids from the well using a controlled flow-back process, the customer manages fluid and water recycling or disposal.

Our hydraulic fracturing fleets consist of mobile hydraulic fracturing units and other auxiliary heavy equipment to perform fracturing services. Our hydraulic fracturing units consist primarily of high-pressure hydraulic pumps, engines, transmissions, radiators and other supporting equipment that are typically mounted on trailers. We refer to the group of units and other equipment, such as blenders, data vans, sand storage, tractors, manifolds and high-pressure fracturing iron, which are necessary to perform a typical hydraulic fracturing job, as a "fleet," and the personnel assigned to each fleet as a "crew." The size of each fleet and crew can vary depending on the requirements of each job design.

We also have wireline operations as a result of the acquisition of Schlumberger's OneStim business in December 2020, whereby we obtained certain assets and liabilities of the OneStim business including OneStim's hydraulic fracturing pressure pumping services business in onshore United States and Canada (the "OneStim Acquisition"). Our wireline units consist of a truck equipped with a spool of wireline that is lowered into wells to convey specialized tools or equipment, such as perforating guns and charges, which are necessary to connect the wellbore with the target formation. This operation is performed between each hydraulic fracturing stage. Our wireline service is primarily offered alongside our hydraulic fracturing services, which allows us to maximize efficiency for our customers through optimized coordination of the wireline and hydraulic fracturing services. In addition, we also offer our wireline service on a stand-alone basis.

As a result of the PropX Acquisition, which was completed in October 2021, we are now a leading provider of last-mile proppant delivery solutions, including proppant handling equipment and logistics software across North America. PropX offers innovative environmentally friendly technology with optimized dry and wet sand containers and wellsite proppant handling equipment that drive logistics efficiency and reduce noise and emissions. We believe that PropX wet sand handling technology is a key enabler of the next step of cost and emissions reductions in the proppant industry. PropX also offers customers the latest real-time logistics software, PropConnect™, for sale or as hosted software as a service.

Our operations are organized into a single business segment, which consists of hydraulic fracturing services, including wireline, proppant delivery and goods, including our Permian Basin sand mines, and we have one reportable geographical segment, North America. We have grown from one active hydraulic fracturing fleet as of December 2011 to over 40 active fleets as of December 31, 2022. We are focused on providing "next-generation" frac fleets and technologies to assist our customers with completing their wells in an environmental, social, and governance ("ESG")-friendly manner.

Our founders and management are pioneers in the development of data-driven hydraulic fracturing technologies for application in shale plays. Prior to founding the Company, the majority of our management team founded and built Pinnacle Technologies, Inc. ("Pinnacle Technologies") into a leading fracturing technology company. In 1992, Pinnacle Technologies developed the first commercial hydraulic fracture mapping technologies, analytical tools that played a major role in launching the shale revolution. Our extensive experience with fracture technologies and customized fracture design has enabled us to develop new technologies and processes that provide our customers with real-time solutions that significantly enhance their completions. These technologies include hydraulic fracture propagation models, reservoir engineering tools, large, proprietary shale production databases and multi-variable statistical analysis techniques. Taken together, these technologies have enabled us to be a leader in hydraulic fracture design innovation and application. Our management team has an average of over 20 years of energy services experience, and the majority of our management team worked together before founding our company.

We believe technical innovation and strong relationships with our customer and supplier bases distinguish us from our competitors and are the foundations of our business. We expect that E&P companies will continue to focus on technological innovation as completion complexity and fracture intensity of horizontal wells increases, particularly as customers are increasingly focused on reducing emissions from their completions operations. We remain proactive in developing innovative solutions to industry challenges, including developing: (i) our databases of U.S. unconventional wells to which we apply our proprietary multi-variable statistical analysis technologies to provide differential insight into fracture design optimization; (ii) our Liberty Quiet Fleet® design which significantly reduces noise levels compared to conventional hydraulic fracturing fleets; (iii) hydraulic fracturing fluid systems tailored to the specific reservoir properties in the basins in which we operate and (iv) our dual fuel dynamic gas blending fleets that allow our engines to run diesel or a combination of diesel and natural gas, to optimize fuel use, reduce emissions and lower costs; (v) the successful test of digiFrac™, our innovative, purpose-built electric frac pump that has approximately 25% lower $CO_2e$ emission profile than the Tier IV DGB; and (vi) our PropX wet sand handling technology which eliminates the need to dry sand, enabling the deployment of mobile mines nearer to wellsites. In addition, our integrated supply chain includes proppant, chemicals, equipment, logistics and integrated software which we believe promotes wellsite efficiency and leads to more pumping hours and higher productivity throughout the year to better service our customers. In order to achieve our technological objectives, we carefully manage our liquidity and debt position to promote operational flexibility and invest in the business throughout the full commodity cycle.

CONFIDENTIAL                                                                                                                                                                                         Liberty_00001163