United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **U.S. WELL SERVICES, LLC,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:24-CV-00839** |
| | § | |
| **LIBERTY ENERGY, INC.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING CLAIM CONSTRUCTION MEMORANDUM & ORDER

On May 30, 2025, United States Magistrate Christina A. Bryan issued a Claim Construction Memorandum & Order ("M & O") in this case, construing certain disputed terms in the relevant patents. (Doc. No. 111.) Plaintiffs filed their objections on June 13, and Defendants filed their response on June 27, 2025. (Doc. Nos. 112 & 120.)

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the M & O to which the Plaintiffs objected. However, the Court agrees with the conclusions, and the reasoning, of the M & O. Accordingly, the Court hereby **ADOPTS** the M & O and the constructions set forth therein for the disputed terms of the patents-in-suit.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 7th day of July, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE